UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

KARL ROBERT IRWIN,                                    Case No. 09-CV-1245 (PJS/JJG)

      Petitioner,

                              ORDER ADOPTING REPORT AND
v.                                                                         RECOMMENDATION

SCOTT FISHER, Warden,
FCI Sandstone

      Respondent.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated June 4, 2009. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241, (Docket No. 1), be DISMISSED for lack of jurisdiction.

Dated: July 6, 2009                              s/Patrick J. Schiltz
                                                         Patrick J. Schiltz
                                                         United States District Judge